## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARRIE RUSSELL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 22-CV-1022 |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| d/b/a WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | JURY DEMANDED |

## INDEX OF DOCUMENTS FILED
## WITH REMOVAL ACTION

A.   Plaintiff's Original Petition.
B.   Copy of the citation and Affidavit of Service on Wal-Mart Stores Texas, LLC.
C.   Copy of the citation and Unsworn Declaration of Service on Anthony Arana Return of Service and Citation.
D.   Defendants' Original Answer to Plaintiff's Original Petition.
E.   Defendants' Demand for Jury Trial.
F.   Request for Service and Process.
G.   Case Summary.
H.   List of Counsel of Record.

# Exhibit A

FILED
8/15/2022 2:49 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Jason Pastrano
Bexar County - 73rd District Court

## 2022CI15537

CAUSE NO._____

| | | |
|---|---|---|
| CARRIE RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | _____JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| d/b/a WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THIS HONORABLE COURT:

COMES NOW, Plaintiff, CARRIE RUSSELL, complaining of Defendants, WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER and ANTHONY ARANA and would respectfully show:

### I. DISCOVERY LEVEL

Discovery in this case is intended to be conducted under level three (3) of Rule 190 of the Texas Rules of Civil Procedure.

### II. PARTIES

Plaintiff Carrie Russell is an individual residing in Bexar County, Texas

Defendant, WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER, is a Domestic Limited Partnership with their principal place of business in Bentonville, Arizona authorized to do business in the State of Texas. Defendant may be served with process through Defendant's Registered Agent, C T Corporation System, at 350 North St. Paul St. Dallas, TX 75201.

Defendant, ANTHONY ARANA, is an individual residing in Bexar County, Texas. He may be served with the citation at 2738 Johnson Grass, San Antonio, Texas 78251 or wherever he may be found.

### III. <u>MISNOMER, ALTER-EGO, ASSUMED NAME</u>

In the event any party is misnamed or not included herein, it is Plaintiff's contention that such was a "misnomer," and/or such parties are/were "alter egos" of parties named herein.

### IV. <u>VENUE</u>

Venue is proper in Bexar County, Texas in that all the events made the basis of this lawsuit occurred in Bexar County, Texas.

### V. <u>RULE 47(b)</u>

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief, the maximum of which is over $200,000.00 but not more than $1,000,000.00. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

### VI. <u>FACTS</u>

On December 18, 2021, Plaintiff, CARRIE RUSSELL, was driving home after having her car serviced by Defendant, WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER, when suddenly and without warning the hood of her vehicle flew up and smashed Plaintiff's windshield causing the collision wherein Plaintiff sustained very serious and permanent injuries which have required medical treatment in the past and may require medical treatment in the future.

Defendant, WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE AND WAL-MART SUPERCENTER assumed the duty of changing the oil in Plaintiff's vehicle in exchange for a fee categorizing Plaintiff as a consumer as defined under Texas Bus. And Comm.

Code §17.45(4). At the time of the incident made the basis of this lawsuit, Defendant, ANTHONY ARANA, was the service manager of the auto care shop. The individuals responsible for this negligent conduct, at all times relevant, were agents, representatives, or employees of Defendant, who were acting on behalf of Defendant or within the scope and course of their employment with Defendant. Therefore, as Defendant's agents, representatives, or employees, the actions and/or omissions of any such individuals are attributable to Defendant and render Defendant liable for all damages suffered by Plaintiff under the doctrine of *respondeat superior*.

## VII. <u>NEGLIGENCE</u>

The occurrence made the basis of this suit, referred to in Section VI and incorporated by reference as if set forth in full, and Plaintiff's resulting injuries and damages, were proximately caused by the negligent conduct of Defendants and its agents, employees, or representatives, who were at all times acting in the course and scope of their employment with Defendant, in one or more of the following respects:

1. failed to inspect the condition of the latch on Plaintiff's vehicle as a person of ordinary care would have done;

2. failed to ensure that Plaintiff's hood was securely shut as a person of ordinary care would have done;

3. failed to ensure that Plaintiff's vehicle was safe to operate as a person of ordinary care would have done; and,

4. failed to investigate the cause of the warning light indicating the hood of Plaintiff's vehicle was not securely shut as a person of ordinary care would have done.

Each of the above and foregoing acts, both of commission and omission by Defendants, constituted negligence and were, individually or in combination, the proximate cause of the incident made the basis of this suit and of the injuries and damages suffered by Plaintiff.

## VIII. <u>DAMAGES</u>

Plaintiff would show that as a direct result of the negligence Defendants, Plaintiff was caused

to suffer serious and permanent personal injuries to his body. Plaintiff, as a direct and proximate result of the incident and the aforesaid negligence of Defendants, has incurred the following damages:

1.   reasonable and necessary medical expenses in the past;

2.   reasonable and necessary medical expenses which, in all reasonable probability, will be incurred in the future;

3.   physical pain suffered in the past;

4.   physical pain which, in all reasonable probability, will be suffered in the future;

5.   mental anguish suffered in the past;

6.   mental anguish which, in all reasonable probability, will be suffered in the future;

7.   physical impairment in the past;

8.   physical impairment which, in all reasonable probability, will be suffered in the future;

9.   disfigurement suffered in the past;

10.  disfigurement which, in all reasonable probability, will be suffered in the future;

11.  loss of wages and earning capacity suffered in the past; and

12.  loss of wages and earning capacity which, in all reasonable probability, will be suffered in the future.

## IX. JURY DEMAND

Plaintiff hereby request a jury trial on this matter for which the appropriate fee has been submitted.

## X. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, CARRIE RUSSELL, requests that Defendants be cited to appear and answer herein; that, on final hearing of this cause, Plaintiff have judgment against Defendants for actual damages in an amount deemed to be just and fair by the Jury which will be a sum within the jurisdictional limits of this Court; for costs of suit; for pre-judgment and post-judgment interest at the maximum legal rate; and for such other relief to which Plaintiff may

be justly entitled.

Respectfully Submitted,

HARPER LAW FIRM
777 E. Sonterra Blvd, Suite 320
San Antonio, Texas 78258
(210) 780-3881; Telephone
(210) 876-1891; Facsimile
taylor@harperlawtx.com; Email

BY:      */s/ Taylor W. Harper*
         TAYLOR W. HARPER
         State Bar No. 24091573

         **ATTORNEY FOR PLAINTIFF**

# Exhibit B

FILED
8/19/2022 1:38 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Gabrielle Martinez
Bexar County - 73rd District Court

**RETURN**

PRIVATE PROCESS

Case Number:  **2022CI15537**

Carrie Russell VS Wal-Mart Stores Texas, L.P. ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **73RD DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:  **Wal-Mart Stores Texas, L.P. d/b/a WALMART AUTO CARE CENTER**
**By Serving Its Registered Agent: C T Corporation System**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition** was filed **on this the 15th day of August, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 18th day of August, 2022.**

TAYLOR HARPER
ATTORNEY FOR PLAINTIFF
777 E SONTERRA BLVD STE 320
SAN ANTONIO TX  78258-4250



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ <u>Mario Hernandez</u>
Mario Hernandez, Deputy

---

CARRIE RUSSELL VS WAL-MART STORES TEXAS, L.P. ET AL

Case Number: 2022CI15537
73rd District Court

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

*__Affidavit of Service__*
*__Attached__*

 ANCHOR ADMINISTRATIVE LEGAL SUPPORT, LLC

Copy from re:SearchTX

CAUSE NO. 2022CI15537

| | | |
|---|---|---|
| CARRIE RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| D/B/A WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | BEXAR COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

**STATE OF TEXAS** §

**COUNTY OF DALLAS** §

BEFORE ME, the undersigned authority, on this day did personally appear Mauricio Segovia, known to me to be the person whose name is subscribed to this instrument and, being by me first duly sworn, did declare that the statements contained herein are within his personal knowledge and that they are true and correct.

1. "My name is Mauricio Segovia. I am more than eighteen (18) years of age, of sound mind, and capable of making this affidavit. I am certified to serve process, citations, and other notices in this cause and to make due return thereof. I am not a party to this suit, nor related to or affiliated with any herein, and have no interest in the outcome of the suit.

2. "The following came to hand·on August 18, 2022 at 9:46 a.m. (referred to herein as "Service Documents") for service on **WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER:**

SERVICE DOCUMENTS:   1.   CITATION; and

2.   PLAINTIFF'S ORIGINAL PETITION and JURY DEMANDUJK

3. "Service was **EXECUTED** on <u>**AUGUST 18, 2022 AT 1:01 P.M.**</u>, by delivering a copy of the Service Documents with the date of delivery endorsed thereon, in person, to CT Corporation System, Registered Agent of Service for **WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER**, accepted by Terri Thongsavat, Intake Specialist, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3123, Dallas County.

"Affiant, further sayeth naught."

**SIGNED** this the 18th day of August 2022.

Printed Name:   **MAURICIO SEGOVIA**
Certification Number:   PSC-1689
Expiration Date:   August 31, 2024

**SUBSCRIBED AND SWORN TO BEFORE ME** by Mauricio Segovia on the 18th day of August 2022, to certify which witness my hand and official seal of office.

MARIA M. SEGOVIA
My Notary ID # 129480220
Expires July 5, 2025

NOTARY PUBLIC, STATE OF TEXAS

[PLEASE PLACE NOTARY SEAL ABOVE]

*Affidavit of Service*
«Job_Id»

Solo Page

Copy from re:SearchTX

# Exhibit C

FILED
8/23/2022 11:16 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Annabelle Kung
Bexar County - 73rd District Court



## RETURN

PRIVATE PROCESS

**Case Number:  2022CI15537**

Carrie Russell VS Wal-Mart Stores Texas, L.P. ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **73RD DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **Anthony Arana**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition** was filed **on this the 15th day of August, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 18th day of August, 2022.**

TAYLOR HARPER
**ATTORNEY FOR PLAINTIFF**
**777 E SONTERRA BLVD STE 320**
**SAN ANTONIO TX  78258-4250**



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Mario Hernandez
Mario Hernandez, Deputy

---

**CARRIE RUSSELL VS WAL-MART STORES TEXAS, L.P. ET AL**

Case Number: 2022CI15537
73rd District Court

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20_____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
Declarant

## *Unsworn Declaration*
## *of Service Attached*



ANCHOR ADMINISTRATIVE LEGAL SUPPORT, LLC

Copy from re:SearchTX

CAUSE NO. 2022CI15537

| | | |
|---|---|---|
| CARRIE RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| D/B/A WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | BEXAR COUNTY, TEXAS |

## UNSWORN DECLARATION OF SERVICE

I, Christopher McCloy, whose name is subscribed to this instrument, do declare the statements contained herein are within my personal knowledge and that the following is true and correct:

1.     "I am more than eighteen (18) years of age, of sound mind, and capable of making this declaration. I am certified to serve process, citations, and other notices in this cause and to make due return thereof. I am not a party to this suit, nor related to or affiliated with any herein. I have no interest in the outcome of the suit.

2.     "The following came to hand on August 18, 2022 at 9:49 a.m. (referred to herein as the "Service Documents") issued for service on **ANTHONY ARANA**:

SERVICE DOCUMENTS:     1.     CITATION; and

2.     PLAINTIFF'S ORIGINAL PETITION and JURY DEMAND.

3.     "Service was **EXECUTED** on <u>**AUGUST 23, 2022 AT 10:21 A.M.**</u>, by delivering the Service Documents, with the date of delivery endorsed thereon, in person, to **ANTHONY ARANA** at 2738 Johnson Grass, San Antonio, Texas 78251, Bexar County.

4.     "My name is Christopher McCloy. My date of birth is May xxx, 1984, and my address is 1016 Kampmann Boulevard, Apartment 5, San Antonio, Texas 78201, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

"Declarant, further sayeth naught."

**EXECUTED in BEXAR COUNTY, STATE OF TEXAS**, on the 23rd day of August 2022.

_____

Printed Name:                Christopher McCloy
Certification Number:    PSC-21175
Expiration Date:             June 30, 2024

Copy from re:SearchTX

# Exhibit D

FILED
9/12/2022 9:51 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Gabrielle Martinez
Bexar County - 73rd District Court

NO.: 2022CI15537

| | | |
|---|---|---|
| CARRIE RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| d/b/a WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WAL-MART STORES TEXAS, LLC, incorrectly named as WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER and ANTHONY ARANA, Defendants in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendants assert denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demands strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendants assert that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendants expressly deny by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendants assert all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendants assert that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or incurred by or on behalf of Plaintiff. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

IV.

Pleading further and without waiving the foregoing, Defendants assert that the incident in question was proximately caused or solely proximately caused by the negligent and/or wrongful conduct of persons or third parties outside the control of these Defendants. Accordingly, Defendants assert all rights, privileges and remedies afforded or available to it pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

V.

Pleading further and without waiving the foregoing, Defendants specifically reserve the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, WAL-MART STORES TEXAS, LLC incorrectly named as WAL-MART STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER and ANTHONY ARANA pray that Plaintiff take nothing by this lawsuit, and that Defendants be allowed to go hence without day and recover all of their costs and attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ James K. Floyd
James K. Floyd; TBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; TBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Avenue, Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 12th day of September, 2022.

Taylor W. Harper
Harper Law Firm
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
**ATTORNEY FOR PLAINTIFF**

/s/ James K. Floyd
James K. Floyd

# Exhibit E

FILED
9/12/2022 9:51 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Gabrielle Martinez
Bexar County - 73rd District Court

NO.: 2022CI15537

| | | |
|---|---|---|
| CARRIE RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| d/b/a WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | | BEXAR COUNTY, TEXAS |

## DEFENDANTS' DEMAND FOR JURY TRIAL

COMES NOW, WAL-MART STORES TEXAS, LLC incorrectly named as WAL-MART

STORES TEXAS, L.P. d/b/a WALMART AUTO CARE CENTER and ANTHONY ARANA,

Defendants herein and, pursuant to the applicable Rules of the Texas Rules of Civil Procedure,

hereby formally makes this demand and application for a jury trial in this litigation. Defendants

will tender any appropriate jury fee upon the request of the court.

Respectfully submitted,

DAW & RAY, LLP

/s/ James K. Floyd
James K. Floyd; TBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; TBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Avenue, Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing
instrument has been served upon all known counsel of record by electronic service on this the 12th
day of September, 2022.

Taylor W. Harper
Harper Law Firm

777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
**ATTORNEY FOR PLAINTIFF**

/s/ *James K. Floyd*
James K. Floyd

# Exhibit F

FILED
8/15/2022 3:26 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Brenda Carrillo
Bexar County - 73rd District Court

2CITPPS / SAC 3

## ANCHOR ADMINISTRATIVE LEGAL SUPPORT, LLC
P.O. Box 34833
San Antonio, Texas 78265
Cell:  (210) 482-0278

Member, Texas Process Servers Association
National Association of Legal Professionals

August 15, 2022

Bexar County District Clerk                                    *Via E-Serve*
**Attention: Civil Service of Process**
101 West Nueva Street, Suite 217
San Antonio, Texas 78205

      **Re:**    **No. 2022CI15537;** *Carrie Russell v. Wal-Mart Stores Texas, L.P. d/b/a Walmart Auto Care Center and Anthony Arana*; **73rd Judicial District, Bexar County, Texas**

Dear Clerk:

    At the instance of plaintiff's counsel, we are handling service of process in the above-referenced cause. Please allow this letter to represent our request to have citations **issued** for *personal private service* on:

        1.  **WAL-MART STORES TEXAS, L.P. D/B/A WALMART AUTO CARE CENTER ; and**
        2.  **ANTHONY ARANA**

    The required fee for issuance is included herewith. Please have the issued citations e-mailed to: kelly@anchorlegalsupport.com or sheridan@harperlawtx.com.

    We appreciate your assistance. If you have any questions, please do not hesitate in contacting me at the number above.

                 Sincerely,

                 */s/ Kelly Foland*

                 Kelly Foland, Paralegal
                 kelly@anchorlegalsupport.com

/kf
Enclosure:  ISSUANCE FEE

cc:   Ms. Sheridan  Santes      *Via E-Serve*

Copy from re:SearchTX

# Exhibit G

73rd District Court

# Case Summary

### Case No. 2022CI15537

| | | |
|---|---|---|
| **Carrie Russell VS Wal-Mart Stores Texas, L.P. ET AL** | § | Location |
| | § | **73rd District Court** |
| | § | Judicial Officer |
| | § | **73rd, District Court** |
| | § | Filed on |
| | § | **08/15/2022** |

---

Case Information

Case Type:   OTHER INJURY OR
             DAMAGE
Case Status:   **08/15/2022   Pending**

---

Assignment Information

**Current Case Assignment**
Case Number      2022CI15537
Court            73rd District Court
Date Assigned    08/15/2022
Judicial Officer  73rd, District Court

---

Events and Orders of the Court

| | |
|---|---|
| 08/15/2022 | New Cases Filed (OCA) |
| 08/15/2022 | PETITION |
| 08/15/2022 | REQUEST FOR SERVICE AND PROCESS |
| 08/18/2022 | **Citation** |
| 08/19/2022 | RETURN OF SERVICE - SUCCESSFUL |
| | *WAL-MART STORES TEXAS, L.P. DBA WALMART AUTO CARE CENTER* |

08/23/2022    RETURN OF SERVICE - SUCCESSFUL
              *Anthony Arana*

09/12/2022
ORIGINAL ANSWER OF
    *WAL-MART STORES TEXAS, LLC, INCORRECTLY NAMED AS WAL-MART STORES TEXAS, L.P.*
    *DBA WALMART AUTO CARE CENTER AND ANTHONY ARANA*

09/12/2022    REQUEST FOR
              *JURY TRIAL*

# Exhibit H

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARRIE RUSSELL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 22-CV-1022 |
| | § | |
| WAL-MART STORES TEXAS, L.P. | § | |
| d/b/a WALMART AUTO CARE CENTER | § | |
| AND ANTHONY ARANA | § | JURY DEMANDED |

### LIST OF COUNSEL OF RECORD

1.  Taylor W. Harper; SBN: 24091573
    Email: taylor@harperlawtx.com
    Harper Law Firm
    777 E. Sonterra Blvd., Suite 320
    San Antonio, Texas 78258
    (210) 780-3881 Telephone
    (210) 876-1891 Telecopier
    **ATTORNEY FOR PLAINTIFF**


2.  James K. Floyd; SBN: 24047628
    Email: jfloyd@dawray.com
    Elizabeth W. Yancy; SBN: 24098642
    Email: eyancy@dawray.com
    DAW & RAY, LLP
    14100 San Pedro, Suite 302
    San Antonio, Texas 78232
    (210) 224-3121 Telephone
    (210) 224-3188 Facsimile
    **ATTORNEYS FOR DEFENDANTS**